FILED
9/22/21 9:56 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Jeffrey J. Widdowfield

    Debtor.

The Debt Doctors, LLC,
    Movant,
vs.

No Respondent.

**DEFAULT O/E JAD**

Bankruptcy No. 18-20106-JAD

Chapter 13

Related To ECF No. 76

## ORDER OF COURT

AND NOW, this 22nd day of September, 2021, the Third Application of The Debt Doctors, LLC as counsel for the Debtor, for Interim Compensation and Reimbursement of Expenses is approved in the additional amount of $951.30 for services rendered on behalf of the Debtor for the period between August 31, 2020 through August 27, 2021, which represents $928.00 in attorneys' fees and $23.30 in costs.

IT IS FURTHER ORDERED, of the total fee award, the Debtor has previously paid $4,000.00 to counsel as a "no-look" fee and has been awarded $2,398.76 through two previous Applications for Compensation. Accordingly, the Chapter 13 Trustee shall only pay an additional $951.30 **($928.00 in attorneys' fees and $23.30 in costs)** to Counsel through the Debtor's Plan by this Application.

BY THE COURT:

*/s/ Jeffery A. Deller*     mas
Jeffery A. Deller
United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
    Matthew M. Herron, Esquire
    Ronda J. Winnecour, Esquire

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-20106-JAD |
| Jeffrey J. Widdowfield | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: lfin | Page 1 of 2 |
| Date Rcvd: Sep 22, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jeffrey J. Widdowfield, 135 McBride Acres, New Castle, PA 16102-2607 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Community Loan Servicing  LLC fka Bayview Loan Servicing, LLC bnicholas@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pawb@fedphe.com |
| Jerome B. Blank | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC pawb@fedphe.com |
| Maria Miksich | on behalf of Creditor Community Loan Servicing  LLC fka Bayview Loan Servicing, LLC mmiksich@kmllawgroup.com |
| Matthew M. Herron | on behalf of Attorney The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | on behalf of Debtor Jeffrey J. Widdowfield mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com |

District/off: 0315-2 User: lfin Page 2 of 2
Date Rcvd: Sep 22, 2021 Form ID: pdf900 Total Noticed: 1

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Preston D. Jaquish
    on behalf of Creditor First Commonwealth Bank pjaquish@lenderlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 9