**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

07/12/2022

IN RE:

JEFFREY J. WIDDOWFIELD
135 MCBRIDE ACRES
NEW CASTLE, PA 16102
XXX-XX-6058         Debtor(s)

Case No.18-20106 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

7/12/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **PHELAN HALLINAN DIAMOND & JONES LLP**<br>C/O PMB SSS ACQUISITION<br>PO BOX 8990<br>TURNERSVILLE, NJ 08012-8990 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: JPMORGAN CHASE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PRESTON D JAQUISH ESQ**<br>MCGRATH MCCALL PC<br>FOUR GATEWAY CENTER STE 1040<br>444 LIBERTY AVE<br>PITTSBURGH, PA 15222 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: FIRST CMMNWLTH BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **CITIGROUP MORTGAGE LOAN TRUST 2022-RP2**<br>C/O SELECT PORTFOLIO SERVICING INC(*)<br>ATTN REMITTANCE PROCESSING<br>PO BOX 65450<br>SALT LAKE CITY, UT 84165-0450 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number: 13-2<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*DK4PMT-LMT*BGN 2/18*AMD*FR BAYVIEW-DOC 69*FR CLS-DOC 81 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 0687 |
| **FIRST COMMONWEALTH BANK***<br>POB 400*<br>INDIANA, PA 15701 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 0.00<br>COMMENT: PMT/CL-PL*413.92X(60+2)=LMT*BGN 2/18 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 3196 |
| **CHASE RECORDS CENTER****<br>ATTN: CORRESPONDENCE MAIL<br>MAIL CODE LA4-5555<br>700 KANSAS LN<br>MONROE, LA 71203 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PA SCDU***<br>PO BOX 69110<br>HARRISBURG, PA 17106-9110 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: OUTSIDE/KD*NO$/SCH*NT PROV/PL | CRED DESC: SUPPORT/ALIMONY CONT.<br>ACCOUNT NO.: 6058 |
| **ARMSTRONG COUNTY MEMORIAL HOSPITAL (A**<br>1 NOLTE DR<br>KITTANNING, PA 16201 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DISPUTED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **ARMSTRONG COUNTY MEMORIAL HOSPITAL (A**<br>1 NOLTE DR<br>KITTANNING, PA 16201 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DISPUTED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **ARMSTRONG COUNTY MEMORIAL HOSPITAL (A**<br>1 NOLTE DR<br>KITTANNING, PA 16201 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DISPUTED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **ADVANCED DIAGNOSTICS**<br>ATTN: MARY ROSE PROPER<br>POB 90219<br>PITTSBURGH, PA 15224 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |

| Creditor | Trustee Claim # / Court Claim # / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:7<br>CLAIM: 4,568.16<br>COMMENT: 3783~DISPUTED/SCH*FR BHEA/US BK-DOC 34 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6058 |
| **ARMSTRONG COMMUNITY MEMORIAL HOSPITAL**<br>600 MEDICAL ARTS BLDG STE 660<br>KITTANNING, PA 16201-7134 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DISPUTED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:4<br>CLAIM: 2,997.79<br>COMMENT: DISPUTED/SCH*AADVANTAGE/BARCLAYS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1521 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:12<br>CLAIM: 15,717.13<br>COMMENT: CAP MGMT~DISPUTED/SCH*CITIBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3799 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br>PITTSBURGH, PA 15205-3956 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: UPMC JAMESON~DISPUTED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7658 |
| **DR DENNIS GABOS**<br>2008 KINVARA DR<br>PITTSBURGH, PA 15237 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~DISPUTED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **FBCS INC***<br>ATTN: PAYMENT PROCESSING<br>2200 BYBERRY RD STE 120<br>HATBORO, PA 19040 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: HSBC BANK~DISPUTED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5721 |
| **FIFTH THIRD BANK**<br>ATTN CONSUMER BKRPTCY PMT DIVISION**<br>1830 EAST PARIS SE MS#RSCB3E<br>GRAND RAPIDS, MI 49546 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:2<br>CLAIM: 360.47<br>COMMENT: DISPUTED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4301 |
| **FRANK MADONNA**<br>2 HOT METAL ST<br>PITTSBURGH, PA 15203 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DISPUTED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **GUARDIAN PROTECTION SERVICES(*)**<br>174 THORN HILL RD<br>WARRENDALE, PA 15086 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:14<br>CLAIM: 139.31<br>COMMENT: DISPUTED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1568 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **JAMIE WOODFIELD**<br>56 LINKS DR<br>NEW CASTLE, PA 16101 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~DISPUTED~DSO?/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **JUSTIN WAGNER**<br>2 HOT METAL ST<br>PITTSBURGH, PA 15203 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DISPUTED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **LAWRENCE COUNTY EYE ASSOC PC**<br>PLAZA OPTICAL<br>708 N JEFFERSON ST<br>NEW CASTLE, PA 16101 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~DISPUTED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9087 |
| **LUCIEN DIAGNOSTIC IMAGING++**<br>DEPT 3631<br>COLUMBUS, OH 43260 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~DISPUTED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4523 |
| **DISCOVER BANK(\*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 4,502.51<br>COMMENT: 3192~NORTHLAND~DISPUTED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8788 |
| **CAPITAL ONE NA\*\***<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 399.74<br>COMMENT: 8932~NORTHLAND~DISPUTED/SCH\*KOHL'S | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4275 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 7,023.03<br>COMMENT: NO ACCT~DISPUTED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0141 |
| **N BEAVER TWP-EIT/PERCAPITA TAX**<br>C/O SHARP CLLCTNS-DELQ CLLCTR<br>POB 81<br>SHARPSVILLE, PA 16150 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 31.50<br>COMMENT: $CL-PL\*1721;16\*DISPUTED/SCH\*UNS/SCH\*PERCAPITA\*DK | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 1721 |
| **TRI COUNTY MEDICAL ASSOCIATES OF PA LLC**<br>2602 WILMINGTON RD STE 102<br>NEW CASTLE, PA 16105 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DISPUTED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1556 |
| **UNITED COLLECTION BUREAU INC**<br>5620 SOUTHWYCK BLVD<br>TOLEDO, OH 43614 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CHASE~DISPUTED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1036 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **UNITED COLLECTION BUREAU INC**<br>5620 SOUTHWYCK BLVD<br><br>TOLEDO, OH  43614 | Trustee Claim Number:31  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CHASE~DISPUTED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4251 |
| **UNITED COLLECTION BUREAU INC**<br>5620 SOUTHWYCK BLVD<br><br>TOLEDO, OH  43614 | Trustee Claim Number:32  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CHASE~DISPUTED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4361 |
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN  55440 | Trustee Claim Number:33  INT %: 0.00%<br>Court Claim Number:11<br>CLAIM: 604.74<br>COMMENT: 2118~JAMESON~DISPUTED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6058 |
| **UPMC**<br>2 HOT METAL ST<br>DIST RM 386<br>PITTSBURGH, PA  15203 | Trustee Claim Number:34  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: JAMESON~DISPUTED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7229 |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN  55440 | Trustee Claim Number:35  INT %: 0.00%<br>Court Claim Number:10-2<br>CLAIM: 2,638.57<br>COMMENT: 7158~JAMESON~DISPUTED/SCH*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6058 |
| **UPMC**<br>2 HOT METAL ST<br>DIST RM 386<br>PITTSBURGH, PA  15203 | Trustee Claim Number:36  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: JAMESON~DISPUTED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7296 |
| **UPMC**<br>2 HOT METAL ST<br>DIST RM 386<br>PITTSBURGH, PA  15203 | Trustee Claim Number:37  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: JAMESON~DISPUTED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **UPMC**<br>2 HOT METAL ST<br>DIST RM 386<br>PITTSBURGH, PA  15203 | Trustee Claim Number:38  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: JAMESON~DISPUTED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **WESTERRA CREDIT UNION**<br>3700 E ALAMEDA AVE<br><br>DENVER, CO  80209 | Trustee Claim Number:39  INT %: 0.00%<br>Court Claim Number:8<br>CLAIM: 197.35<br>COMMENT: 5894~REPO~DISPUTED/SCH*DFNCY BAL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9401 |
| **ANTHEM**<br>POB 37200<br><br>LOUISVILLE, KY  40233 | Trustee Claim Number:40  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |

| | | |
|---|---|---|
| **CITIBANK NA**** | Trustee Claim Number:41  INT %:  0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
| 6716 GRADE LN BLDG 9 STE 910-PY DEPT | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| LOUISVILLE, KY  50325-3439 | COMMENT: | |
| **KOHLS++** | Trustee Claim Number:42  INT %:  0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
| POB 2983 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| MILWAUKEE, WI  53201-2983 | COMMENT:  NT ADR/SCH | |
| **PHILLIPS & COHEN ASSOCIATES, LTD.** | Trustee Claim Number:43  INT %:  0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
| 1002 JUSTISON STREET | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| WILMINGTON, DE  19801 | COMMENT: | |
| **FIRST COMMONWEALTH BANK*** | Trustee Claim Number:44  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| POB 400* | Court Claim Number:3 | ACCOUNT NO.:  3196 |
| | CLAIM:  358.12 | |
| INDIANA, PA  15701 | COMMENT:  $/CL-PL*THRU 1/18 | |
| **CITIGROUP MORTGAGE LOAN TRUST 2022-RP2** | Trustee Claim Number:45  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| C/O SELECT PORTFOLIO SERVICING INC(*) | Court Claim Number:13-2 | ACCOUNT NO.:  0687 |
| ATTN REMITTANCE PROCESSING | | |
| PO BOX 65450 | CLAIM:  2,324.98 | |
| SALT LAKE CITY, UT  84165-0450 | COMMENT:  $/CL-PL*THRU 1/18*AMD*FR BAYVIEW-DOC 69*FR CLS-DOC 81 | |
| **DSO Receipient** | Trustee Claim Number:46  INT %:  0.00% | CRED DESC:  SUPPORT/ALIMONY CONT. |
| | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| | COMMENT:  N ID 248132 | |
| **KML LAW GROUP PC*** | Trustee Claim Number:47  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  BAYVIEW LN/PRAE | |