IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re: :
    Jeffrey J. Widdowfield, :
                                        Debtor. :    Bankruptcy No.: 18-20106-GLT
:
:    Chapter 13
Jeffrey J. Widdowfield, :
                                        Movant, :
:
        v. :
:
No Respondents. :

### DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay a Domestic Support Obligation.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On February 26, 2018, at docket number 26, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

                                                                         DocuSigned by:

                                                                       _____
                                                                       Jeffrey J. Widdowfield, Debtor

                                                                       RESPECTFULLY SUBMITTED,
                                                                       THE DEBT DOCTORS, LLC

                                    By:   /s/*Matthew M. Herron*_____
                                                      Matthew M. Herron
                                                      607 College Avenue, Suite 101
                                                      Pittsburgh, PA 15232
                                                      mmh@thedebtdoctors.com
                                                      412-395-6001
                                                      PA I.D. No. 88927

**PAWB Local Form 24 (07/13)**