**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Jeffrey J. Widdowfield**
Debtor(s)

Bankruptcy Case No.: 18−20106−JAD

Chapter: 13
Docket No.: 94 − 92

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 29th of March, 2023, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 5/15/23.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **5/24/23 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **5/15/23.**

                                                    Jeffery A. Deller
                                                    United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 18-20106-JAD
Jeffrey J. Widdowfield     Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: auto    Page 1 of 3
Date Rcvd: Mar 29, 2023    Form ID: 408    Total Noticed: 50

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey J. Widdowfield, 135 McBride Acres, New Castle, PA 16102-2607 |
| aty | + | The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232, UNITED STATES 15232-1700 |
| cr | + | First Commonwealth Bank, McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1220 |
| 14770000 | + | ACMH Hospital, 1 Nolte Drive, Kittanning, PA 16201-7111 |
| 14770001 | | Advanced Diagnostic Path Assoc., 5700 Southwyck Blvd., Toledo, OH 43614-1509 |
| 14770003 | + | Anthem, 3075 Vandercar Way, Cincinnati, OH 45209-7542 |
| 14770004 | + | Armstrong Community Memorial Hospital, 600 Medical Arts Building, Suite 660, Kittanning, PA 16201-7110 |
| 14770008 | + | Chase, 710 South Ash Street, Suite 200, Denver, CO 80246-1969 |
| 15493992 | + | Citigroup Mortgage Loan Trust 2022-RP2, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14770013 | + | Dennis Gabos, 2 Hot Metal Street, Pittsburgh, PA 15203-2348 |
| 14773462 | + | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 14770018 | + | Frank Madonna, 2 Hot Metal Street, Pittsburgh, PA 15203-2348 |
| 14770019 | + | Guardian Protection Services, 174 Thornhill Road, Warrendale, PA 15086-7528 |
| 14770021 | + | Justin Wagner, 2 Hot Metal Street, Pittsburgh, PA 15203-2348 |
| 14770023 | | Lawrence Co. Eye Associates, P.C., 708 North Jefferson Street, New Castle, PA 16101-2178 |
| 14770024 | | Lucien Diagnostic Imaging, 7 Acee Drive, Natrona Heights, PA 15065-9700 |
| 14770026 | | PA SCDU, PO Box 69111, Harrisburg, PA 17106-9111 |
| 14770029 | + | Sharp Collections, Inc., P.O. Box 81, Sharpsville, PA 16150-0081 |
| 14756969 | + | Tri County Medical Associates of PA, LLC, 2602 Wilmington Road, Ste. 102, New Castle, PA 16105-1539 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 29 2023 23:55:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14770002 | | Email/Text: bncnotifications@pheaa.org | Mar 29 2023 23:53:00 | AES, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14770005 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 29 2023 23:53:00 | Barclays Bank Delaware, 125 S West St., Wilmington, DE 19801-5014 |
| 14796849 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Mar 29 2023 23:53:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon BLVD., 5th Floor, Coral Gables, FL 33146-1839 |
| 14770006 | | Email/Text: cms-bk@cms-collect.com | Mar 29 2023 23:54:00 | Capital Management Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 14770007 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 29 2023 23:52:51 | Capital One, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 14790045 | | Email/PDF: bncnotices@becket-lee.com | Mar 30 2023 00:03:16 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14770011 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

Case 18-20106-JAD    Doc 95    Filed 03/31/23    Entered 04/01/23 00:31:59    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 29, 2023 | Form ID: 408 | Total Noticed: 50 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Mar 29 2023 23:52:38 | Citi, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 15301874 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 29 2023 23:53:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 14770012 | + | Email/Text: bdsupport@creditmanagementcompany.com | Mar 29 2023 23:54:00 | Credit Management Co., 2121 Noblestown Rd., Pittsburgh, PA 15205-3956 |
| 14770014 | | Email/Text: mrdiscen@discover.com | Mar 29 2023 23:53:00 | Discover, P.O. Box 15316, Wilmington, DE 19850 |
| 14762983 | | Email/Text: mrdiscen@discover.com | Mar 29 2023 23:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14928413 | | Email/Text: ECMCBKNotices@ecmc.org | Mar 29 2023 23:54:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14770015 | | Email/Text: bknotices@fbcs-inc.com | Mar 29 2023 23:53:00 | FBCS Inc., 330 S. Warminster Road, Suite 353, Hatboro, PA 19040 |
| 14770017 | | Email/Text: SAABankruptcy@fcbanking.com | Mar 29 2023 23:53:00 | First Commonwealth Bank, PO Box 400, Indiana, PA 15701-0400 |
| 14770016 | | Email/Text: collectionbankruptcies.bancorp@53.com | Mar 29 2023 23:54:00 | Fifth Third Bank, Customer Service, 5050 Kingsley Drive, Cincinnati, OH 45227-1115 |
| 14767661 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Mar 29 2023 23:53:00 | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 14770009 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 29 2023 23:52:19 | Chase, 700 Kansas Lane, Monroe, LA 71203 |
| 14770010 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 29 2023 23:52:53 | Chase, P.O. Box 15123, Wilmington, DE 19850 |
| 14770022 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 29 2023 23:53:00 | Kohl's, P.O. Box 2983, Milwaukee, WI 53201-2983 |
| 14794298 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 29 2023 23:52:39 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14770025 | + | Email/Text: ngisupport@radiusgs.com | Mar 29 2023 23:53:00 | Northland Group, POB 390846, Minneapolis, MN 55439-0846 |
| 14782441 | + | Email/Text: bncnotifications@pheaa.org | Mar 29 2023 23:53:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14776533 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 29 2023 23:52:17 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14770027 | + | Email/Text: pcabkt@phillips-cohen.com | Mar 29 2023 23:53:00 | Philips & Cohen Associates, Ltd., 1002 Justison Street, Wilmington, DE 19801-5148 |
| 14770028 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 29 2023 23:52:54 | Sears/CBNA, POB 6282, Sioux Falls, SD 57117-6282 |
| 14770032 | + | Email/Text: BankruptcyNotice@upmc.edu | Mar 29 2023 23:54:00 | UPMC, 2 Hot Metal Street, Dist. Room 386, Pittsburgh, PA 15203-2348 |
| 14791730 | ^ | MEBN | Mar 29 2023 23:48:13 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14792657 | ^ | MEBN | Mar 29 2023 23:47:32 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14770031 | + | Email/Text: BAN5620@UCBINC.COM | Mar 29 2023 23:53:00 | United Collections Bureau, 5620 Southwyck Blvd. Suite 206, Toledo, OH 43614-1501 |
| 14770033 | + | Email/Text: bankruptcynotify@westerracu.com | Mar 29 2023 23:54:00 | Westerra Credit Union, 3700 E. Alameda Avenue, Denver, CO 80209-3171 |

TOTAL: 31

# BYPASSED RECIPIENTS

Case 18-20106-JAD    Doc 95    Filed 03/31/23    Entered 04/01/23 00:31:59    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 29, 2023 | Form ID: 408 | Total Noticed: 50 |

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BAYVIEW LOAN SERVICING, LLC |
| cr | | Citigroup Mortgage Loan Trust 2022-RP2 |
| cr | | Community Loan Servicing, LLC |
| cr | | Community Loan Servicing, LLC fka Bayview Loan Ser |
| cr | | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| 14770030 | *+ | Tri County Medical Associates of PA, LLC, 2602 Wilmington Road, Ste. 102, New Castle, PA 16105-1539 |
| 14770020 | ##+ | Jamie Widdowfield, 56 Links Drive, New Castle, PA 16101-6264 |

TOTAL: 5 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Community Loan Servicing  LLC fka Bayview Loan Servicing, LLC bnicholas@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION jblank@pincuslaw.com |
| Jerome B. Blank | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC jblank@pincuslaw.com |
| Maria Miksich | on behalf of Creditor Community Loan Servicing  LLC fka Bayview Loan Servicing, LLC mmiksich@kmllawgroup.com |
| Matthew M. Herron | on behalf of Attorney The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | on behalf of Debtor Jeffrey J. Widdowfield mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Preston D. Jaquish | on behalf of Creditor First Commonwealth Bank pjaquish@lenderlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Sarah Kathleen McCaffery | on behalf of Creditor Citigroup Mortgage Loan Trust 2022-RP2 ckohn@hoflawgroup.com |

TOTAL: 10