**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| JEFFREY J. WIDDOWFIELD | Case No.:18-20106 JAD |
| Debtor(s) | Chapter 13 |
| Ronda J. Winnecour<br>Chapter 13 Trustee,<br>    Movant<br>    vs.<br>No Respondents. | Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

March 28, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 01/11/2018 and confirmed on 3/19/18 . The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 109,127.99 |
| Less Refunds to Debtor | 2,174.55 | |
| TOTAL AMOUNT OF PLAN FUND | | 106,953.44 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 5,350.06 | |
|   Trustee Fee | 4,851.95 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,202.01 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   CITIGROUP MORTGAGE LOAN TRUST 20⁻ | 0.00 | 62,868.18 | 0.00 | 62,868.18 |
|     Acct: 0687 | | | | |
|   FIRST COMMONWEALTH BANK(*) | 0.00 | 25,249.12 | 0.00 | 25,249.12 |
|     Acct: 3196 | | | | |
|   FIRST COMMONWEALTH BANK(*) | 358.12 | 358.12 | 0.00 | 358.12 |
|     Acct: 3196 | | | | |
|   CITIGROUP MORTGAGE LOAN TRUST 20⁻ | 2,324.98 | 2,324.98 | 0.00 | 2,324.98 |
|     Acct: 0687 | | | | |
| | | | | 90,800.40 |
| **Priority** | | | | |
|   MATTHEW M HERRON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JEFFREY J. WIDDOWFIELD | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JEFFREY J. WIDDOWFIELD | 897.51 | 897.51 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JEFFREY J. WIDDOWFIELD | 1,277.04 | 1,277.04 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THE DEBT DOCTORS AT QUATRINI RAFFE | 1,743.52 | 1,743.52 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MATTHEW M HERRON ESQ**++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THE DEBT DOCTORS AT QUATRINI RAFFE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THE DEBT DOCTORS LLC | 256.48 | 256.48 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THE DEBT DOCTORS LLC | 1,121.96 | 1,121.96 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXX4/19 | | | | |
|   THE DEBT DOCTORS LLC | 1,276.80 | 1,276.80 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXX1/20 | | | | |
|   THE DEBT DOCTORS LLC | 951.30 | 951.30 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXX7/21 | | | | |
|   THE DEBT DOCTORS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| PA SCDU* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6058 | | | | |
| DOMESTIC RELATIONS OBLIGATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| N BEAVER TWP-EIT/PERCAPITA TAX | 31.50 | 31.50 | 0.00 | 31.50 |
| Acct: 1721 | | | | |
| | | | | 31.50 |
| **Unsecured** | | | | |
| ARMSTRONG COUNTY MEMORIAL HOSPI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ARMSTRONG COUNTY MEMORIAL HOSPI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ARMSTRONG COUNTY MEMORIAL HOSPI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ADVANCED DIAGNOSTIC PATHOLOGY AS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ECMC(*) | 4,568.16 | 690.73 | 0.00 | 690.73 |
| Acct: 6058 | | | | |
| ARMSTRONG COMMUNITY MEMORIAL HC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 2,997.79 | 453.29 | 0.00 | 453.29 |
| Acct: 1521 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 15,717.13 | 2,376.52 | 0.00 | 2,376.52 |
| Acct: 3799 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7658 | | | | |
| DR DENNIS GABOS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FBCS INC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5721 | | | | |
| FIFTH THIRD BANK | 360.47 | 54.51 | 0.00 | 54.51 |
| Acct: 4301 | | | | |
| FRANK MADONNA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GUARDIAN PROTECTION SERVICES(*) | 139.31 | 21.07 | 0.00 | 21.07 |
| Acct: 1568 | | | | |
| JAMIE WOODFIELD++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JUSTIN WAGNER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LAWRENCE COUNTY EYE ASSOC PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9087 | | | | |
| LUCIEN DIAGNOSTIC IMAGING++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4523 | | | | |
| DISCOVER BANK(*) | 4,502.51 | 680.80 | 0.00 | 680.80 |
| Acct: 8788 | | | | |
| CAPITAL ONE NA** | 399.74 | 60.44 | 0.00 | 60.44 |
| Acct: 4275 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 7,023.03 | 1,061.92 | 0.00 | 1,061.92 |
| Acct: 0141 | | | | |
| TRI COUNTY MEDICAL ASSOCIATES OF P | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1556 | | | | |
| UNITED COLLECTION BUREAU INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1036 | | | | |
| UNITED COLLECTION BUREAU INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4251 | | | | |
| UNITED COLLECTION BUREAU INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4361 | | | | |
| UPMC PHYSICIAN SERVICES | 604.74 | 91.44 | 0.00 | 91.44 |

18-20106 JAD                                                                                                  Page 3 of 3

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 6058 | | | | |
| UPMC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7229 | | | | |
| UPMC HEALTH SERVICES | 2,638.57 | 398.97 | 0.00 | 398.97 |
| Acct: 6058 | | | | |
| UPMC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7296 | | | | |
| UPMC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UPMC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WESTERRA CREDIT UNION | 197.35 | 29.84 | 0.00 | 29.84 |
| Acct: 9401 | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PRESTON D JAQUISH ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CHASE RECORDS CENTER** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ANTHEM++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CITIBANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KOHLS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PHILLIPS & COHEN ASSOCIATES, LTD. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 5,919.53 |

TOTAL PAID TO CREDITORS                                                                                96,751.43

TOTAL CLAIMED
PRIORITY            31.50
SECURED          2,683.10
UNSECURED      39,148.80

Date: 03/28/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JEFFREY J. WIDDOWFIELD

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:18-20106 JAD

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Jeffrey J. Widdowfield  
    Debtor

Case No. 18-20106-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Mar 29, 2023      Form ID: pdf900      Total Noticed: 50

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey J. Widdowfield, 135 McBride Acres, New Castle, PA 16102-2607 |
| aty | + | The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232, UNITED STATES 15232-1700 |
| cr | + | First Commonwealth Bank, McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1220 |
| 14770000 | + | ACMH Hospital, 1 Nolte Drive, Kittanning, PA 16201-7111 |
| 14770001 | | Advanced Diagnostic Path Assoc., 5700 Southwyck Blvd., Toledo, OH 43614-1509 |
| 14770003 | + | Anthem, 3075 Vandercar Way, Cincinnati, OH 45209-7542 |
| 14770004 | + | Armstrong Community Memorial Hospital, 600 Medical Arts Building, Suite 660, Kittanning, PA 16201-7110 |
| 14770008 | + | Chase, 710 South Ash Street, Suite 200, Denver, CO 80246-1969 |
| 15493992 | + | Citigroup Mortgage Loan Trust 2022-RP2, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14770013 | + | Dennis Gabos, 2 Hot Metal Street, Pittsburgh, PA 15203-2348 |
| 14773462 | + | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 14770018 | + | Frank Madonna, 2 Hot Metal Street, Pittsburgh, PA 15203-2348 |
| 14770019 | + | Guardian Protection Services, 174 Thornhill Road, Warrendale, PA 15086-7528 |
| 14770021 | + | Justin Wagner, 2 Hot Metal Street, Pittsburgh, PA 15203-2348 |
| 14770023 | | Lawrence Co. Eye Associates, P.C., 708 North Jefferson Street, New Castle, PA 16101-2178 |
| 14770024 | | Lucien Diagnostic Imaging, 7 Acee Drive, Natrona Heights, PA 15065-9700 |
| 14770026 | | PA SCDU, PO Box 69111, Harrisburg, PA 17106-9111 |
| 14770029 | + | Sharp Collections, Inc., P.O. Box 81, Sharpsville, PA 16150-0081 |
| 14756969 | + | Tri County Medical Associates of PA, LLC, 2602 Wilmington Road, Ste. 102, New Castle, PA 16105-1539 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 29 2023 23:55:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14770002 | | Email/Text: bncnotifications@pheaa.org | Mar 29 2023 23:53:00 | AES, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14770005 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 29 2023 23:53:00 | Barclays Bank Delaware, 125 S West St., Wilmington, DE 19801-5014 |
| 14796849 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Mar 29 2023 23:53:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon BLVD., 5th Floor, Coral Gables, FL 33146-1839 |
| 14770006 | | Email/Text: cms-bk@cms-collect.com | Mar 29 2023 23:54:00 | Capital Management Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 14770007 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 29 2023 23:52:52 | Capital One, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 14790045 | | Email/PDF: bncnotices@becket-lee.com | Mar 30 2023 00:03:11 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14770011 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15301874 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 29 2023 23:52:54 | Citi, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| | | | Mar 29 2023 23:53:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 14770012 | + | Email/Text: bdsupport@creditmanagementcompany.com | Mar 29 2023 23:54:00 | Credit Management Co., 2121 Noblestown Rd., Pittsburgh, PA 15205-3956 |
| 14770014 | | Email/Text: mrdiscen@discover.com | Mar 29 2023 23:53:00 | Discover, P.O. Box 15316, Wilmington, DE 19850 |
| 14762983 | | Email/Text: mrdiscen@discover.com | Mar 29 2023 23:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14928413 | | Email/Text: ECMCBKNotices@ecmc.org | Mar 29 2023 23:54:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14770015 | | Email/Text: bknotices@fbcs-inc.com | Mar 29 2023 23:53:00 | FBCS Inc., 330 S. Warminster Road, Suite 353, Hatboro, PA 19040 |
| 14770017 | | Email/Text: SAABankruptcy@fcbanking.com | Mar 29 2023 23:53:00 | First Commonwealth Bank, PO Box 400, Indiana, PA 15701-0400 |
| 14770016 | | Email/Text: collectionbankruptcies.bancorp@53.com | Mar 29 2023 23:54:00 | Fifth Third Bank, Customer Service, 5050 Kingsley Drive, Cincinnati, OH 45227-1115 |
| 14767661 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Mar 29 2023 23:53:00 | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 14770009 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 29 2023 23:52:12 | Chase, 700 Kansas Lane, Monroe, LA 71203 |
| 14770010 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 29 2023 23:52:37 | Chase, P.O. Box 15123, Wilmington, DE 19850 |
| 14770022 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 29 2023 23:53:00 | Kohl's, P.O. Box 2983, Milwaukee, WI 53201-2983 |
| 14794298 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 29 2023 23:52:27 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14770025 | + | Email/Text: ngisupport@radiusgs.com | Mar 29 2023 23:53:00 | Northland Group, POB 390846, Minneapolis, MN 55439-0846 |
| 14782441 | + | Email/Text: bncnotifications@pheaa.org | Mar 29 2023 23:53:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14776533 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 29 2023 23:52:38 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14770027 | + | Email/Text: pcabkt@phillips-cohen.com | Mar 29 2023 23:53:00 | Philips & Cohen Associates, Ltd., 1002 Justison Street, Wilmington, DE 19801-5148 |
| 14770028 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 29 2023 23:52:54 | Sears/CBNA, POB 6282, Sioux Falls, SD 57117-6282 |
| 14770032 | + | Email/Text: BankruptcyNotice@upmc.edu | Mar 29 2023 23:54:00 | UPMC, 2 Hot Metal Street, Dist. Room 386, Pittsburgh, PA 15203-2348 |
| 14791730 | ^ | MEBN | Mar 29 2023 23:48:14 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14792657 | ^ | MEBN | Mar 29 2023 23:47:33 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14770031 | + | Email/Text: BAN5620@UCBINC.COM | Mar 29 2023 23:53:00 | United Collections Bureau, 5620 Southwyck Blvd. Suite 206, Toledo, OH 43614-1501 |
| 14770033 | + | Email/Text: bankruptcynotify@westerracu.com | Mar 29 2023 23:54:00 | Westerra Credit Union, 3700 E. Alameda Avenue, Denver, CO 80209-3171 |

TOTAL: 31

# BYPASSED RECIPIENTS

Case 18-20106-JAD    Doc 96    Filed 03/31/23    Entered 04/01/23 00:31:59    Desc Imaged
Certificate of Notice    Page 8 of 8

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 29, 2023 | Form ID: pdf900 | Total Noticed: 50 |

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BAYVIEW LOAN SERVICING, LLC |
| cr | | Citigroup Mortgage Loan Trust 2022-RP2 |
| cr | | Community Loan Servicing, LLC |
| cr | | Community Loan Servicing, LLC fka Bayview Loan Ser |
| cr | | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| 14770030 | *+ | Tri County Medical Associates of PA, LLC, 2602 Wilmington Road, Ste. 102, New Castle, PA 16105-1539 |
| 14770020 | ##+ | Jamie Widdowfield, 56 Links Drive, New Castle, PA 16101-6264 |

TOTAL: 5 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2023           Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Community Loan Servicing  LLC fka Bayview Loan Servicing, LLC bnicholas@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION jblank@pincuslaw.com |
| Jerome B. Blank | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC jblank@pincuslaw.com |
| Maria Miksich | on behalf of Creditor Community Loan Servicing  LLC fka Bayview Loan Servicing, LLC mmiksich@kmllawgroup.com |
| Matthew M. Herron | on behalf of Attorney The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | on behalf of Debtor Jeffrey J. Widdowfield mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Preston D. Jaquish | on behalf of Creditor First Commonwealth Bank pjaquish@lenderlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Sarah Kathleen McCaffery | on behalf of Creditor Citigroup Mortgage Loan Trust 2022-RP2 ckohn@hoflawgroup.com |

TOTAL: 10