| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Jeffrey J. Widdowfield <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6058 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ <br> EIN   __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 18–20106–JAD | |

# Order of Discharge     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Jeffrey J. Widdowfield

<u>5/16/23</u>          **By the court:** <u>Jeffery A. Deller</u>
                                 United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Jeffrey J. Widdowfield  
    Debtor

Case No. 18-20106-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: May 16, 2023      Form ID: 3180W      Total Noticed: 52

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey J. Widdowfield, 135 McBride Acres, New Castle, PA 16102-2607 |
| aty | + | The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232, UNITED STATES 15232-1700 |
| cr | + | First Commonwealth Bank, McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1220 |
| 14770000 | + | ACMH Hospital, 1 Nolte Drive, Kittanning, PA 16201-7111 |
| 14770001 | | Advanced Diagnostic Path Assoc., 5700 Southwyck Blvd., Toledo, OH 43614-1509 |
| 14770003 | + | Anthem, 3075 Vandercar Way, Cincinnati, OH 45209-7542 |
| 14770004 | + | Armstrong Community Memorial Hospital, 600 Medical Arts Building, Suite 660, Kittanning, PA 16201-7110 |
| 14770008 | + | Chase, 710 South Ash Street, Suite 200, Denver, CO 80246-1969 |
| 15493992 | + | Citigroup Mortgage Loan Trust 2022-RP2, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14770013 | + | Dennis Gabos, 2 Hot Metal Street, Pittsburgh, PA 15203-2348 |
| 14773462 | + | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 14770018 | + | Frank Madonna, 2 Hot Metal Street, Pittsburgh, PA 15203-2348 |
| 14770019 | + | Guardian Protection Services, 174 Thornhill Road, Warrendale, PA 15086-7528 |
| 14770021 | + | Justin Wagner, 2 Hot Metal Street, Pittsburgh, PA 15203-2348 |
| 14770023 | | Lawrence Co. Eye Associates, P.C., 708 North Jefferson Street, New Castle, PA 16101-2178 |
| 14770024 | | Lucien Diagnostic Imaging, 7 Acee Drive, Natrona Heights, PA 15065-9700 |
| 14770026 | | PA SCDU, PO Box 69111, Harrisburg, PA 17106-9111 |
| 14770029 | + | Sharp Collections, Inc., P.O. Box 81, Sharpsville, PA 16150-0081 |
| 14756969 | + | Tri County Medical Associates of PA, LLC, 2602 Wilmington Road, Ste. 102, New Castle, PA 16105-1539 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | May 17 2023 03:55:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 17 2023 00:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | May 17 2023 03:55:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 17 2023 00:08:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 17 2023 00:08:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14770002 | Email/Text: bncnotifications@pheaa.org | | |

Case 18-20106-JAD   Doc 99   Filed 05/18/23   Entered 05/19/23 00:28:55   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 16, 2023 | Form ID: 3180W | Total Noticed: 52 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14770005 | + | EDI: TSYS2 | May 17 2023 00:07:00 | AES, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14796849 | + | EDI: LCIBAYLN | May 17 2023 03:55:00 | Barclays Bank Delaware, 125 S West St., Wilmington, DE 19801-5014 |
| 14770006 | | Email/Text: cms-bk@cms-collect.com | May 17 2023 03:55:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon BLVD., 5th Floor, Coral Gables, FL 33146-1839 |
| 14770007 | | EDI: CAPITALONE.COM | May 17 2023 00:07:00 | Capital Management Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 14790045 | | Email/PDF: bncnotices@becket-lee.com | May 17 2023 03:55:00 | Capital One, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 14770011 | + | EDI: CITICORP.COM | May 17 2023 00:25:10 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15301874 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 17 2023 03:55:00 | Citi, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 14770012 | + | Email/Text: bdsupport@creditmanagementcompany.com | May 17 2023 00:07:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 14770014 | | EDI: DISCOVER.COM | May 17 2023 00:08:00 | Credit Management Co., 2121 Noblestown Rd., Pittsburgh, PA 15205-3956 |
| 14762983 | | EDI: DISCOVER.COM | May 17 2023 03:55:00 | Discover, P.O. Box 15316, Wilmington, DE 19850 |
| 14928413 | | Email/Text: ECMCBKNotices@ecmc.org | May 17 2023 03:55:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14770015 | | Email/Text: bknotices@fbcs-inc.com | May 17 2023 00:07:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14770017 | | Email/Text: SAABankruptcy@fcbanking.com | May 17 2023 00:07:00 | FBCS Inc., 330 S. Warminster Road, Suite 353, Hatboro, PA 19040 |
| 14770016 | | Email/Text: collectionbankruptcies.bancorp@53.com | May 17 2023 00:07:00 | First Commonwealth Bank, PO Box 400, Indiana, PA 15701-0400 |
| 14767661 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | May 17 2023 00:08:00 | Fifth Third Bank, Customer Service, 5050 Kingsley Drive, Cincinnati, OH 45227-1115 |
| 14770009 | | EDI: JPMORGANCHASE | May 17 2023 00:07:00 | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 14770010 | | EDI: JPMORGANCHASE | May 17 2023 03:55:00 | Chase, 700 Kansas Lane, Monroe, LA 71203 |
| 14770022 | + | Email/Text: PBNCNotifications@peritusservices.com | May 17 2023 03:55:00 | Chase, P.O. Box 15123, Wilmington, DE 19850 |
| 14794298 | | Email/PDF: resurgentbknotifications@resurgent.com | May 17 2023 00:07:00 | Kohl's, P.O. Box 2983, Milwaukee, WI 53201-2983 |
| 14770025 | + | Email/Text: ngisupport@radiusgs.com | May 17 2023 00:14:28 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14782441 | + | Email/Text: bncnotifications@pheaa.org | May 17 2023 00:07:00 | Northland Group, POB 390846, Minneapolis, MN 55439-0846 |
| 14776533 | | EDI: PRA.COM | May 17 2023 00:07:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14770027 | + | Email/Text: pcabkt@phillips-cohen.com | May 17 2023 03:55:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14770028 | | EDI: CITICORP.COM | May 17 2023 00:07:00 | Philips & Cohen Associates, Ltd., 1002 Justison Street, Wilmington, DE 19801-5148 |
| 14770032 | | Email/Text: BankruptcyNotice@upmc.edu | May 17 2023 03:55:00 | Sears/CBNA, POB 6282, Sioux Falls, SD 57117-6282 |
| | | | May 17 2023 00:08:00 | UPMC, 2 Hot Metal Street, Dist. Room 386, Pittsburgh, PA 15203-2348 |

Case 18-20106-JAD  Doc 99  Filed 05/18/23  Entered 05/19/23 00:28:55  Desc Imaged
Certificate of Notice  Page 5 of 6

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 16, 2023 | Form ID: 3180W | Total Noticed: 52 |

| Recip ID | Bypass | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 14791730 | ^ | MEBN | May 17 2023 00:05:36 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14792657 | ^ | MEBN | May 17 2023 00:05:18 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14770031 | + | Email/Text: BAN5620@UCBINC.COM | May 17 2023 00:07:00 | United Collections Bureau, 5620 Southwyck Blvd. Suite 206, Toledo, OH 43614-1501 |
| 14770033 | + | Email/Text: bankruptcynotify@westerracu.com | May 17 2023 00:08:00 | Westerra Credit Union, 3700 E. Alameda Avenue, Denver, CO 80209-3171 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BAYVIEW LOAN SERVICING, LLC |
| cr | | Citigroup Mortgage Loan Trust 2022-RP2 |
| cr | | Community Loan Servicing, LLC |
| cr | | Community Loan Servicing, LLC fka Bayview Loan Ser |
| cr | | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| 14770030 | *+ | Tri County Medical Associates of PA, LLC, 2602 Wilmington Road, Ste. 102, New Castle, PA 16105-1539 |
| 14770020 | ##+ | Jamie Widdowfield, 56 Links Drive, New Castle, PA 16101-6264 |

TOTAL: 5 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 18, 2023  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Community Loan Servicing  LLC fka Bayview Loan Servicing, LLC bnicholas@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION jblank@pincuslaw.com |
| Jerome B. Blank | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC jblank@pincuslaw.com |
| Maria Miksich | on behalf of Creditor Community Loan Servicing  LLC fka Bayview Loan Servicing, LLC mmiksich@kmllawgroup.com |
| Matthew M. Herron | on behalf of Attorney The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | on behalf of Debtor Jeffrey J. Widdowfield mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: May 16, 2023 | Form ID: 3180W | Total Noticed: 52 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Preston D. Jaquish
    on behalf of Creditor First Commonwealth Bank pjaquish@lenderlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Sarah Kathleen McCaffery
    on behalf of Creditor Citigroup Mortgage Loan Trust 2022-RP2 ckohn@hoflawgroup.com

TOTAL: 10