IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

**DEFAULT O/E JAD**

IN RE:
JEFFREY J. WIDDOWFIELD

    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:18-20106 JAD

Chapter 13

Document No.: 92

FILED
5/16/23 3:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## ORDER OF COURT

AND NOW, this ___16th___ day of ___May___, 20_23_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____ jsf
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-20106-JAD |
| Jeffrey J. Widdowfield | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: May 16, 2023 | Form ID: pdf900 | Total Noticed: 50 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^        Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\##       Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey J. Widdowfield, 135 McBride Acres, New Castle, PA 16102-2607 |
| aty | + | The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232, UNITED STATES 15232-1700 |
| cr | + | First Commonwealth Bank, McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1220 |
| 14770000 | + | ACMH Hospital, 1 Nolte Drive, Kittanning, PA 16201-7111 |
| 14770001 | | Advanced Diagnostic Path Assoc., 5700 Southwyck Blvd., Toledo, OH 43614-1509 |
| 14770003 | + | Anthem, 3075 Vandercar Way, Cincinnati, OH 45209-7542 |
| 14770004 | + | Armstrong Community Memorial Hospital, 600 Medical Arts Building, Suite 660, Kittanning, PA 16201-7110 |
| 14770008 | + | Chase, 710 South Ash Street, Suite 200, Denver, CO 80246-1969 |
| 15493992 | + | Citigroup Mortgage Loan Trust 2022-RP2, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14770013 | + | Dennis Gabos, 2 Hot Metal Street, Pittsburgh, PA 15203-2348 |
| 14773462 | + | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 14770018 | + | Frank Madonna, 2 Hot Metal Street, Pittsburgh, PA 15203-2348 |
| 14770019 | + | Guardian Protection Services, 174 Thornhill Road, Warrendale, PA 15086-7528 |
| 14770021 | + | Justin Wagner, 2 Hot Metal Street, Pittsburgh, PA 15203-2348 |
| 14770023 | | Lawrence Co. Eye Associates, P.C., 708 North Jefferson Street, New Castle, PA 16101-2178 |
| 14770024 | | Lucien Diagnostic Imaging, 7 Acee Drive, Natrona Heights, PA 15065-9700 |
| 14770026 | | PA SCDU, PO Box 69111, Harrisburg, PA 17106-9111 |
| 14770029 | + | Sharp Collections, Inc., P.O. Box 81, Sharpsville, PA 16150-0081 |
| 14756969 | + | Tri County Medical Associates of PA, LLC, 2602 Wilmington Road, Ste. 102, New Castle, PA 16105-1539 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 17 2023 00:08:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14770002 | | Email/Text: bncnotifications@pheaa.org | May 17 2023 00:07:00 | AES, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14770005 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 17 2023 00:07:00 | Barclays Bank Delaware, 125 S West St., Wilmington, DE 19801-5014 |
| 14796849 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | May 17 2023 00:07:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon BLVD., 5th Floor, Coral Gables, FL 33146-1839 |
| 14770006 | | Email/Text: cms-bk@cms-collect.com | May 17 2023 00:07:00 | Capital Management Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 14770007 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 17 2023 00:13:11 | Capital One, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 14790045 | | Email/PDF: bncnotices@becket-lee.com | May 17 2023 00:26:35 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14770011 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 16, 2023 | Form ID: pdf900 | Total Noticed: 50 |

| Recipient ID | | Delivery Method | Timestamp | Address |
|---|---|---|---|---|
| | | | May 17 2023 00:25:10 | Citi, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 15301874 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 17 2023 00:07:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 14770012 | + | Email/Text: bdsupport@creditmanagementcompany.com | May 17 2023 00:08:00 | Credit Management Co., 2121 Noblestown Rd., Pittsburgh, PA 15205-3956 |
| 14770014 | | Email/Text: mrdiscen@discover.com | May 17 2023 00:07:00 | Discover, P.O. Box 15316, Wilmington, DE 19850 |
| 14762983 | | Email/Text: mrdiscen@discover.com | May 17 2023 00:07:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14928413 | | Email/Text: ECMCBKNotices@ecmc.org | May 17 2023 00:07:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14770015 | | Email/Text: bknotices@fbcs-inc.com | May 17 2023 00:07:00 | FBCS Inc., 330 S. Warminster Road, Suite 353, Hatboro, PA 19040 |
| 14770017 | | Email/Text: SAABankruptcy@fcbanking.com | May 17 2023 00:07:00 | First Commonwealth Bank, PO Box 400, Indiana, PA 15701-0400 |
| 14770016 | | Email/Text: collectionbankruptcies.bancorp@53.com | May 17 2023 00:08:00 | Fifth Third Bank, Customer Service, 5050 Kingsley Drive, Cincinnati, OH 45227-1115 |
| 14767661 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | May 17 2023 00:07:00 | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 14770009 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 17 2023 00:26:25 | Chase, 700 Kansas Lane, Monroe, LA 71203 |
| 14770010 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 17 2023 00:12:57 | Chase, P.O. Box 15123, Wilmington, DE 19850 |
| 14770022 | + | Email/Text: PBNCNotifications@peritusservices.com | May 17 2023 00:07:00 | Kohl's, P.O. Box 2983, Milwaukee, WI 53201-2983 |
| 14794298 | | Email/PDF: resurgentbknotifications@resurgent.com | May 17 2023 00:13:17 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14770025 | + | Email/Text: ngisupport@radiusgs.com | May 17 2023 00:07:00 | Northland Group, POB 390846, Minneapolis, MN 55439-0846 |
| 14782441 | + | Email/Text: bncnotifications@pheaa.org | May 17 2023 00:07:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14776533 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 17 2023 00:25:50 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14770027 | + | Email/Text: pcabkt@phillips-cohen.com | May 17 2023 00:07:00 | Philips & Cohen Associates, Ltd., 1002 Justison Street, Wilmington, DE 19801-5148 |
| 14770028 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 17 2023 00:14:28 | Sears/CBNA, POB 6282, Sioux Falls, SD 57117-6282 |
| 14770032 | + | Email/Text: BankruptcyNotice@upmc.edu | May 17 2023 00:08:00 | UPMC, 2 Hot Metal Street, Dist. Room 386, Pittsburgh, PA 15203-2348 |
| 14791730 | ^ | MEBN | May 17 2023 00:05:37 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14792657 | ^ | MEBN | May 17 2023 00:05:20 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14770031 | + | Email/Text: BAN5620@UCBINC.COM | May 17 2023 00:07:00 | United Collections Bureau, 5620 Southwyck Blvd. Suite 206, Toledo, OH 43614-1501 |
| 14770033 | + | Email/Text: bankruptcynotify@westerracu.com | May 17 2023 00:08:00 | Westerra Credit Union, 3700 E. Alameda Avenue, Denver, CO 80209-3171 |

TOTAL: 31

# BYPASSED RECIPIENTS

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: May 16, 2023 | Form ID: pdf900 | Total Noticed: 50 |

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BAYVIEW LOAN SERVICING, LLC |
| cr | | Citigroup Mortgage Loan Trust 2022-RP2 |
| cr | | Community Loan Servicing, LLC |
| cr | | Community Loan Servicing, LLC fka Bayview Loan Ser |
| cr | | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| 14770030 | *+ | Tri County Medical Associates of PA, LLC, 2602 Wilmington Road, Ste. 102, New Castle, PA 16105-1539 |
| 14770020 | ##+ | Jamie Widdowfield, 56 Links Drive, New Castle, PA 16101-6264 |

TOTAL: 5 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2023         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Community Loan Servicing  LLC fka Bayview Loan Servicing, LLC bnicholas@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION jblank@pincuslaw.com |
| Jerome B. Blank | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC jblank@pincuslaw.com |
| Maria Miksich | on behalf of Creditor Community Loan Servicing  LLC fka Bayview Loan Servicing, LLC mmiksich@kmllawgroup.com |
| Matthew M. Herron | on behalf of Attorney The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | on behalf of Debtor Jeffrey J. Widdowfield mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Preston D. Jaquish | on behalf of Creditor First Commonwealth Bank pjaquish@lenderlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Sarah Kathleen McCaffery | on behalf of Creditor Citigroup Mortgage Loan Trust 2022-RP2 ckohn@hoflawgroup.com |

TOTAL: 10