IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| JEFFREY J. WIDDOWFIELD | : | Bk. No. 18-20106 JAD |
| Debtor | : | |
| | : | Chapter No. 13 |
| BAYVIEW LOAN SERVICING, LLC | : | |
| Movant | : | |
| v. | : | |
| JEFFREY J. WIDDOWFIELD | : | |
| JAIME L. WIDDOWFIELD (Non-Filing Co-Debtor) | : | |
| Respondents | : | |

## CERTIFICATE OF SERVICE OF NOTICE OF PAYMENT CHANGE SUPPLEMENT

I certify under penalty of perjury that I served or caused to be served the Notice of Payment Change Supplement, which has been filed on the Claims Register in the above-referenced case, on the parties at the addresses shown below or on the attached list on July 6, 2020.

The types of service made on the parties were: Electronic Notification and First Class Mail.

| Service by Electronic Notification | Service by First Class Mail |
|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE<br>1001 LIBERTY AVENUE, SUITE 970<br>PITTSBURGH, PA 15222 | JAIME L. WIDDOWFIELD<br>135 MCBRIDE ACRES<br>NEW CASTLE, PA 16102 |
| MATTHEW M. HERRON, ESQUIRE<br>607 COLLEGE STREET, SUITE 101<br>PITTSBURGH, PA 15232 | JEFFREY J. WIDDOWFIELD<br>135 MCBRIDE ACRES<br>NEW CASTLE, PA 16102 |
| RONDA J. WINNECOUR, ESQUIRE (TRUSTEE)<br>SUITE 3250, USX TOWER, 600 GRANT STREET<br>PITTSBURGH, PA 15219 | |

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail."

July 6, 2020

/s/ Jerome Blank, Esquire
Jerome Blank, Esq., Id. No.49736
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31625
Fax Number: 215-568-7616
Email: jerome.blank@phelanhallinan.com