# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Jeffrey J. Widdowfield**<br>　　　　　　　　　　**Debtor(s)**<br><br>**Community Loan Servicing, LLC fka**<br>**Bayview Loan Servicing, LLC**<br>　　　　　　　　　　**Movant**<br>　　　　　vs.<br><br>**Jeffrey J. Widdowfield**<br>　　　　　　　　　　**Debtor(s)**<br><br>**Ronda J. Winnecour**,<br>**Trustee** | BK NO. 18-20106 JAD<br><br>Chapter 13<br><br>Related to Claim No. 13 |

## CERTIFICATE OF SERVICE OF
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Maria Miksich, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>July 06, 2021</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Jeffrey J. Widdowfield
135 McBride Acres
New Castle, PA 16102

Attorney for Debtor(s)
Matthew M. Herron, Esq.
The Debt Doctors, LLC
607 College Street, Suite 101
Pittsburgh, PA 15232

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

Method of Service: electronic means or first class mail

Dated: <u>July 06, 2021</u>

　　　　　　　　　　　　　　　　　　　　　　　**/s/ Maria Miksich, Esquire**
　　　　　　　　　　　　　　　　　　　　　　　Maria Miksich, Esquire
　　　　　　　　　　　　　　　　　　　　　　　Attorney I.D. No. 319383
　　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　　201-549-5366
　　　　　　　　　　　　　　　　　　　　　　　MMiksich@kmllawgroup.com